**RYAN M. ANDERSON, ESQ.**
Nevada Bar No. 11040
**KIMBALL JONES, ESQ.**
Nevada Bar No. 12982
**MORRIS ANDERSON**
716 S. Jones Blvd.
Las Vegas, Nevada 89106
Phone: (702) 333-1111
Fax: (702) 507-0092
*Attorneys for Plaintiff Catalina Aramburo Lizarraga*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATALINA ARAMBURO LIZARRAGA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BUFFALO WILD WINGS, INC., ) <br> BUFFALO WILD WINGS ) <br> GRILL & BAR, BLAZIN WINGS, INC., ) <br> DOE OWNER, I-V, DOE EMPLOYEE, ) <br> DOE MAINTENANCE EMPLOYEE, ) <br> ROE OWNER, ROE EMPLOYER, ) <br> ROE COMPANIES, I-V, ) <br> ROE RESTAURANT COMPANY, ) <br> ROE CHAIR MANUFACTURER, ) <br> ROE MAINTENANCE COMPANY, ) <br> ROE WHOLESALER, ROE RETAILER, ) <br> AND ROE DISTRIBUTOR, ) <br> ) <br> Defendants. ) <br> ) | CASE NO.  2:15-cv-01655-MMD-VCF |

**STIPULATION AND ORDER REGARDING RULE 35 MEDICAL EXAMINATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CATALINA ARAMBURO LIZARRAGA, by and through her attorneys of record, RYAN M. ANDER, ESQ. and KIMBALL JONES, ESQ., of MORRIS ANDERSON; Defendants, BUFFALO WILD WINGS, INC., BUFFALO WILD WINGS GRILL & BAR and BLAZIN WINGS, INC., by and through their

attorneys, CHARLES T. HVASS, ESQ. of DONNA LAW FIRM and JONATHAN OWENS, ESQ., of ALVERSON, TAYLOR, MORTENSEN & SANDERS, to the terms of the Defense Medical Examination as follows:

1. The rule 35 medical examination ("examination") of Plaintiff shall be conducted by a physician, surgeon, or chiropractor ("defense medical examiner"), who is currently licensed to practice in Clark County, Nevada. No other physician, surgeon, or chiropractor shall be present during the examination. If necessary, the defense medical examiner may utilize members of his/her staff to assist during the examination;

2. The examination shall be completed within two (2) hours, and Plaintiff will not be made to wait in the doctor's waiting room for the examination to begin for more than 45 minutes. However, should Plaintiff be made to wait 45 minutes, Plaintiff's counsel will contact Defendant's counsel so that Defendant's counsel can make a good effort to remedy the issue regarding Plaintiff's extended wait time;

3. The examination shall be conducted in Clark County, Nevada;

4. No CT scans or MRI's shall be performed on the Plaintiff in the course of the examination, nor shall any medical treatment be rendered to the Plaintiff by the defense medical examiner.

5. Any paperwork or forms that Defendant (or the defense medical examiner) requires for the examination shall be submitted to Plaintiff's counsel for review no later than 48 hours prior to the examination;

6. The defense medical examiner shall be provided with a copy of these terms and conditions prior to the examination;

/ / / /

7.	Neither defense counsel or Plaintiff's counsel, nor anyone from the defense counsel's office or Plaintiff's counsel's office, may attend the examination; and

8.	The examining physician shall not engage in *ex parte* contact with plaintiff's treating health care providers, with regard to the Plaintiff.

9.	Defendant is entitled to only one (1) defense medical examination to address the issue of Plaintiff CATALINA ARAMBURO LIZARRAGA's injuries, based on the current claims for injury. Should Plaintiff add additional claims, Defendants will not be prohibited from seeking an additional medical examination for those additional claims.

10.	The examiner will produce all reports as provided by the Federal Rules of Civil Procedure.

11.	The examiner will produce a copy of his entire file upon request by Plaintiff's counsel, including any test materials/raw data, excepting those materials not required to be produced by the Federal Rules of Civil Procedure.

12.	The examiner will accurately report his findings and test results.

13.	Liability questions may not be asked by the examining physician or any agent or representative of the examining physician.

14.	The report generated by the examiner will list all tests, exams, other materials (radiographs, test results, other physician reports) that are used by the examiner to form the examiner's opinions and conclusions.  All reference materials must be referred to within the report, otherwise they will be precluded as part of the basis of the medical examiner's opinions.

/ / /

/ / /

/ / /

**Lizarraga v. Buffalo Wild Wings, Inc., et al.**
**Case Number: 2:15-cv-01655-MMD-VCF**
**SAO re Defense Medical Examination of Catalina Aramburo Lizarraga**

15.     Thirty (30) days following the examination, Plaintiff shall be provided with a copy of all reports and writings generated by the defense medical examiner, including, but not limited to, a detailed written report of the examiner setting out the examiner's findings, including results of all tests made, diagnoses and conclusions, together with like reports of all earlier examinations of the same condition;

DATED this 7th day of March, 2016.                    DATED this 7th day of March, 2016.

**MORRIS//ANDERSON LAW**                              **ALVERSON TAYLOR MORTENSEN & SANDERS**

*/s/ Kimball Jones*                                   */s/ Jonathan Owens*
**RYAN M. ANDERSON**                                  **JONATHAN OWENS, ESQ.**
Nevada Bar No. 11040                                  Nevada Bar No. 007118
**KIMBALL JONES**                                     7401 West Charleston Boulevard
Nevada Bar No. 12982                                  Las Vegas, NV 89117
Morris Anderson Law                                   *In conjunction with*
716 South Jones Boulevard                             **CHARLES T. HVASS, ESQ. (Pro Hac Vice)**
Las Vegas, NV 89107                                   **DONNA LAW FIRM**
*Attorneys for Plaintiff*                             *Attorneys for Defendants,*
                                                      *BUFFALO WILD WINGS, INC. and*
                                                      *BLAZIN WINGS, INC.*

**IT IS SO ORDERED**

Dated this  7th  day of  March , 2016.

_____
UNITED STATES MAGISTRATE JUDGE