# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

CATALINA ARAMBURO LIZARRAGA,

        Plaintiff,

vs.

BUFFALO WILD WINGS, LLC; *et.al.*,

        Defendants.

Case No. 2:15–cv–1655–MMD–VCF

**ORDER**

MOTION TO COMPEL (DOC. #15)

      This matter involves Plaintiff Catalina Aramubro Lizarraga's civil action against Buffalo Wild Wing, LLC and other Defendants. Before the court is Buffalo Wild Wings' Motion to Compel (Doc. #15), Lizarraga's response (Doc. #18), and Buffalo Wild Wings' reply (Doc. #21). This motion is scheduled for a hearing at 10:00 a.m. on April 14, 2016.

      At the hearing, the parties should be prepared to address whether Lizarraga's objections to Buffalo Wild Wings' discovery requests should be allowed to stand.

      ACCORDINGLY, and for good cause shown,

      IT IS HEREBY ORDERED that a hearing on Buffalo Wild Wings' Motion to Compel (Doc. #15) is scheduled for 10:00 a.m. on April 14, 2016.

      IT IS SO ORDERED.

      DATED this 10th day of March, 2016.

                                            _____
                                            CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE