JONATHAN B. OWENS, ESQ.
Bar No. 007118
ALVERSON TAYLOR MORTENSEN & SANDERS
7401 West Charleston Boulevard
Las Vegas, NV 89117
Telephone:  (702) 384-7000
Fax:  (702) 385-7000
Email:  JOwens@alversontaylor.com

CHARLES T. HVASS, ESQ. (Pro Hac Vice)
DONNA LAW FIRM, P.C.
7601 France Avenue South, Suite 350
Minneapolis, MN 55435
Tel: (952) 562-2460
Fax: (952) 562-2461
Email: chvass@donnalaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CATALINA ARAMBURO LIZARRAGA | ) | CASE NO.  2:15-cv-01655-MMD-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BUFFALO WILD WINGS, INC., | ) | |
| BUFFALO WILD WINGS | ) | |
| GRILL & BAR, BLAZIN WINGS, INC., | ) | |
| DOE OWNER, I-V, DOE EMPLOYEE, | ) | |
| DOE MAINTENANCE EMPLOYEE, | ) | |
| ROE OWNER, ROE EMPLOYER, | ) | |
| ROE COMPANIES, I-V, | ) | |
| ROE RESTAURANT COMPANY, | ) | |
| ROE CHAIR MANUFACTURER, | ) | |
| ROE MAINTENANCE COMPANY, | ) | |
| ROE WHOLESALER, ROE RETAILER, | ) | |
| AND ROE DISTRIBUTOR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective

attorneys, that the above-entitled action may be and hereby is dismissed, with prejudice, and without

costs to any party; and the Clerk of the above-named Court, upon the filing of this Stipulation, is

hereby authorized and directed to dismiss said action.

/s/ Jonathan B. Owens, Esq.
Jonathan Owens, Esq.
Nevada Bar No. 007118
7401 West Charleston Boulevard
Las Vegas, NV 89117

and

/s/  Kimball Jones, Esq.
Kimball Jones, Esq.
Nevada Bar No. 12982
Ryan M. Anderson, Esq.
Nevada Bar No. 11040
Morris Anderson Law
716 South Jones Boulevard
Las Vegas, NV  89107

/s/ Charles T. Hvass, Esq.
Charles T. Hvass, Esq. (*Pro Hac Vice*)
Donna Law Firm, P.C.
7601 France Avenue South, Suite 350
Minneapolis, MN  55435
Telephone:  (952) 562-2460
Fax:  (952) 562-2461
Email:  chvass@donnalaw.com

*Attorneys for Plaintiff*

*Attorneys for Defendants,*
*BUFFALO WILD WINGS, INC. and*
*BLAZIN WINGS, INC.*

**IT IS SO ORDERED:**

_____
**UNITED STATES ~~MAGISTRATE~~**

**DATED:** August 24, 2016
_____

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of August, 2016, a true and correct copy of **STIPULATION OF DISMISSAL WITH PREJUDICE**, was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

Ryan M. Anderson, Esq.
MORRIS ANDERSON
716 S. Jones Blvd.
Las Vegas, NV 89107
Tel: (702) 333-1111
Fax: (702) 507-0092
*Attorneys for Plaintiff*


*/s/Wanda Rivera*
_____
An Employee of ALVERSON, TAYLOR,
MORTENSEN & SANDERS

n:\jon.grp\z-client\22947\pleadings\stipulation of dismissal with prejudice.doc